IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIC RODNEY HILL,                                *
    Petitioner

                                          *

V.                                                                CIVIL ACTION NO. JFM-07-2110

                                          *

RICK V. VEACH, et al.,
    Respondents                               *

**\*\*\*\*\*\*\*\***

## **MEMORANDUM**

Eric Rodney Hill, an inmate confined at the Federal Correctional Institution in Terre Haute,

Indiana, filed the instant petition for writ of habeas corpus under 28 U.S.C. § 2254 challenging

convictions entered against him by the Superior Court of the District of Columbia.[1]

This court "in the exercise of its discretion and in furtherance of justice" may transfer

petitioner's application for writ of habeas corpus to "the district court for the district within which

the State court was held which convicted and sentenced" petitioner. *See* 28 U.S.C. § 2241(d).

Petitioner attacks convictions entered against him by the Superior Court of the District of Columbia,

and all of the records pertaining to these convictions are located in Washington, D.C.  There is no

connection between petitioner's convictions and the State of Maryland.   In light of the foregoing,

this court shall transfer this case to the United States District Court for the District of Columbia for

---

[1]Petitioner also claims he is being denied adequate medical care, subjected to inhumane conditions of confinement, and excessive force has been used against him while housed at the FCI in Terre Haute, Indiana.  Petitioner is advised that those claims are properly brought in a civil rights action and must be filed in the United States District Court for the Southern District of Indiana.

such  hearing and determination as deemed  appropriate.[2]  *See* 28 U.S.C. § 1404.


September 28, 2007                              ____/s/_____
 Date                                          J. Frederick Motz
                                               United States District Judge

---

[2]Petitioner has submitted a motion for leave to proceed *in forma pauperis.*  Because this case is being transferred, a ruling on petitioner's filing status will be deferred.